# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:15-cv-02474-VAP(DTBx)　　　　　　Date February 9, 2016

Title: Rey Rabago -v- Monarch Recovery Management, Inc.

Present: The Honorable VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Wendy Rogers | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

None　　　　　　　　　　　　　　　　　　None

Proceedings:　　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☒ Case settled but may be reopened if settlement is not consummated within 60 days. Make JS-6.

☒ Other Notice of Settlement filed on 02/04/2016 [Doc. No. 11]. All pending hearing dates vacated.

☐ Entered _____.

Initials of Preparer　wr